```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00878
   CHRIS D BRYANT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1523

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/16/2008 and was confirmed 06/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 10/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         2846.15          .00            .00
CALVARY PORTFOLIO SERVIC   UNSECURED          509.90          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          3604.46          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED           62.80          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          460.00          .00            .00
ILLINOIS STATE HIGHWAY A   UNSECURED         2841.20          .00            .00
PROFESSIONAL COLLECTION    UNSECURED             .00          .00            .00
PROFESSIONAL COLLECTION    UNSECURED             .00          .00            .00
PROFESSIONAL COLLECTION    UNSECURED             .00          .00            .00
NORTH LITTLE ROCK EMERGE   UNSECURED          263.00          .00            .00
CREDIT ACCEPTANCE CORP     FILED LATE       4186.93          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,338.50                       331.20
TOM VAUGHN                 TRUSTEE                                          28.80
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              360.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   331.20
TRUSTEE COMPENSATION                              28.80
DEBTOR REFUND                                       .00
                    ---------------      ---------------
TOTALS               360.00                      360.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00878 CHRIS D BRYANT

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE